**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Albert Manning SCOTT, Sr.,
Defendant–Appellant.**

No. 02–7734.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 5, 2003.

Albert Manning Scott, Sr., Appellant Pro Se. Richard Stanley Glaser, Jr., Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Albert Manning Scott, Sr., appeals the district court's order adopting the magistrate judge's recommendation to deny relief on Scott's motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Scott*, No. CR–89–186 (M.D.N.C. Oct. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*